# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| Gloria Lynn Broyles, ) | Case No: 24-40877 |
| ) | |
| Debtor. ) | |
| ) | Chapter 13 |
| ) | |

**Memorandum to Amended Schedules**

COMES NOW, Debtor by and through Debtor's undersigned Counsel and states as follows:

Debtor hereby amends Schedule E/F to add following creditors not previously listed in Debtor's schedules.

    CT Partners of Chesterfield, LLC
    14825 North Outer 40 Rd Ste 110
    Chesterfield, MO 63017

    Greater Missouri Imaging
    PO Box 66726
    Saint Louis, MO 63166

    Home Care Chiropractic
    PO Box 972
    Saint Peters, MO 63376

    MFG Spine, LLC
    14825 N Outer 40, Suite 200
    Chesterfield MO 63017

    MRI Partners of Chesterfield
    14825 N Outer 40 Rd # 110
    Chesterfield MO 63017

    Naseem A Shekani, M.D. PC
    2821 North Ballas Rd
    Ste C-64
    Saint Louis MO 63131

Orthopedic Asc of Chesterfield
14825 N Outer Forty Rd
Chesterfield, MO 63017

Pain & Rehabilitations
14825 N Outer 40 Rd, #360
Chesterfield, MO 63017-2152
Notice: United Physician Group

Precision Medical Products, Inc.
2217 Plaza Drive
Rocklin, CA 95765

SSM Health
PO Box 411997
Saint Louis, MO 63141

St. Louis Spine and Orthopedic Surgery C
1130 Town & Country Commons Dr
Chesterfield MO 63017

The Orthopedic Center of St. Louis
14825 N Outer 40 Rd #200
Chesterfield, MO 63017

**RESPECTFULLY SUBMITTED,**

A&L Licker Law Firm, LLC
By:_____/s/ Tobias Licker
Tobias Licker, #56778 MO
1861 Sherman Dr.
St. Charles, MO 63303
(636) 916-5400
(fax) (636) 916-5402
email: tobias@lickerlawfirm.com

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the **foregoing document** was filed electronically 7/1/2024, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the **foregoing document** was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully prepaid, addressed to those parties listed on the Court's Manual Notice List and listed below on 7/1/2024.

                                                        _/s/ Saloni Mehta_____

Diana S. Daugherty
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Office of the US Trustee
111 S Tenth St, Ste 6.353
St. Louis, MO 63102-1127

CT Partners of Chesterfield, LLC
14825 North Outer 40 Rd Ste 110
Chesterfield, MO 63017

Greater Missouri Imaging
PO Box 66726
Saint Louis, MO 63166

Home Care Chiropractic
PO Box 972
Saint Peters, MO 63376

MFG Spine, LLC
14825 N Outer 40, Suite 200
Chesterfield MO 63017

MRI Partners of Chesterfield
14825 N Outer 40 Rd # 110
Chesterfield MO 63017

Naseem A Shekani, M.D. PC
2821 North Ballas Rd
Ste C-64

Saint Louis MO 63131

Orthopedic Asc of Chesterfield
14825 N Outer Forty Rd
Chesterfield, MO 63017

Pain & Rehabilitations
14825 N Outer 40 Rd, #360
Chesterfield, MO 63017-2152
Notice: United Physician Group

Precision Medical Products, Inc.
2218 Plaza Drive
 Rocklin, CA 95765

SSM Health
PO Box 411997
Saint Louis, MO 63141

St. Louis Spine and Orthopedic Surgery C
1130 Town & Country Commons Dr
Chesterfield MO 63017

The Orthopedic Center of St. Louis
14825 N Outer 40 Rd #200
Chesterfield, MO 63017