# DECLARATION OF ATTORNEY

1. I am an associate with Ott Law Firm, LLC, located at 3544 Oxford Avenue, Maplewood MO 63143.

2. Declarant is an attorney at law fully admitted to practice before this court and other state and federal courts in this jurisdiction.

3. To the best of my knowledge, information and belief I am a disinterested person within the meaning of 11 USC Sect. 101(14).

4. I do not hold a prepetition or other claim against the estate.

5. To the best of my knowledge, information and belief I have no meaningful connection with the debtors, creditors, or other party in interest, their respective attorneys and accountants, the United States Trustee for Region 10, or any person employed in the Office of the United States Trustee.

6. To the best of my knowledge, information and belief I do not have any interests adverse to the trustee, the estate or the debtors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this Monday, July 1, 2024, at St. Louis, Missouri.

_____
Joseph Ott