# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No: 24-40877 |
| **GLORIA LYNN BROYLES** | Chapter 13 |
| Debtor | |

## TRUSTEE'S RESPONSE TO MOTION TO EMPLOY SPECIAL COUNSEL

Comes now Diana S. Daugherty, Standing Chapter 13 Trustee, and states as follows:

The Trustee has no objection to debtor's motion to employ Joseph Ott to represent debtor in her personal injury case. The Trustee notes that on July 29, 2024, she received a letter dated July 22, 2024 from Mr. Ott that a settlement has been reached, and seeking direction on the allocation of the funds. However, as of today, debtor has failed to file a motion to approve the settlement, nor a motion to retain any of the funds.

Dated: August 06, 2024
RSPGEN--KR

/s/ Kathy Reichbach
Kathy Reichbach MO56957
Attorney for Trustee
P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on August 06, 2024, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on August 06, 2024.

GLORIA LYNN BROYLES
1376 BROADLAWNS LN
SAINT LOUIS, MO 63138

/s/ Kathy Reichbach
Kathy Reichbach MO56957