## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-40877-659 |
| | ) | |
| Gloria Lynn Broyles, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Re: Motion to Employ (Doc # 18) |

### ORDER

No responses in opposition to Debtor's Motion to Employ Special Counsel have been filled or any response in opposition have been resolved. It appears that the Motion shall be granted. It is accordingly,

**ORDERED** that Debtor is authorized to employ attorney Joseph Ott of Ott Law Firm to pursue a personal injury lawsuit with final compensation being allowed upon proper application pursuant to 11 U.S.C. §330. All compensation remains subject to the approval of this Court.

_Kathy A. Surratt-States_

DATED: August 13, 2024         KATHY A. SURRATT-STATES
St. Louis, Missouri                       United States Bankruptcy Judge
jim

**Order Prepared by:**

Tobias Licker
Licker Law Firm, LLC

Copies mailed to:
Tobias Licker / A&L Licker Law Firm
1861 Sherman Drive
St. Charles, MO 63303
**ATTORNEY FOR DEBTOR**

**Diana S. Daugherty**
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143
**TRUSTEE**

**Office of US Trustee**
111 S Tenth St, Ste 6.353
St. Louis, MO 63102
**U.S. TRUSTEE**

**Joseph Ott**
Ott Law firm, LLC
3544 Oxford Avenue,
Maplewood, MO 63143

**Gloria Lynn Broyles**
1376 Broadlawns Ln
Saint Louis, MO 63138