UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 24-40877 |
| | ) | |
| GLORIA LYNN BROYLES | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtor | ) | |

## TRUSTEE'S RESPONSE TO MOTION TO APPROVE SETTLEMENT CONTROVERSY

Comes now Diana S. Daugherty, Standing Chapter 13 Trustee, and states as follows:

The Trustee has no objection to debtor's motion to approve the settlement provided the order states that the proceeds will be turned over to the Trustee to increase the plan base in an amount sufficient to pay all filed and allowed claims in full.

Dated: September 17, 2024
RSPGEN--KR

/s/ Kathy Reichbach
Kathy Reichbach MO56957
Attorney for Trustee
P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on September 17, 2024, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on September 17, 2024.

GLORIA LYNN BROYLES
1376 BROADLAWNS LN
SAINT LOUIS, MO 63138

/s/ Kathy Reichbach
Kathy Reichbach MO56957