UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE: ) CASE NO: 24-40877
GLORIA LYNN BROYLES )
1376 BROADLAWNS LN )
SAINT LOUIS, MO  63138 ) Chapter 13
)
Debtor )
)
)

## NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS

Comes now DIANA S. DAUGHERTY, Standing Chapter 13 Trustee in Bankruptcy herein and states to the Court that she has examined claims filed herein and proposes to pay filed claims in the amount and as part of the class all as described herein.

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| LAW OFFICES OF TOBIAS LICKER<br>1861 SHERMAN DR<br>ST CHARLES, MO  63303 | 2,400.00 | 25/ATTORNEY FEE LUMP SUM<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LAW OFFICES OF TOBIAS LICKER<br>1861 SHERMAN DR<br>ST CHARLES, MO  63303 | 2,355.00 | 16/ATTORNEY FEE PERMO<br>ACCT:<br>COMM:<br>REG PYMT: $130.83<br>INT RATE: 0.00 |
| HSBC BANK USA NATIONAL ASSOC<br>PO BOX 24781<br>PHH MORTGAGE CORPORATION<br>ATTN SV 19<br>WEST PALM BEACH, FL  33416 | 52,617.13 | 0/Home Mortgage Payment -- Outside<br>ACCT: 9381<br>COMM: #9 1DT 1376 BROADLAWNS<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| HSBC BANK USA NATIONAL ASSOC<br>PO BOX 24781<br>PHH MORTGAGE CORPORATION<br>ATTN SV 19<br>WEST PALM BEACH, FL  33416 | 1,167.46 | 20/Mortgage Arrearage<br>ACCT: 9381<br>COMM: #9 48MO 1376 BROADLAWNS<br>REG PYMT: $24.33<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| METRO ST LOUIS SEWER DIST<br>9666 OLIVE BLVD #211<br>C/O GUSDORF LAW FIRM<br>ST LOUIS, MO 63132 | 11,151.30 | 20/Secured<br>ACCT: 1288<br>COMM: #10/59MO/ 1376 BROADLAWNS LN<br>REG PYMT: $240.04<br>INT RATE: 10.00 |
| BEYOND FINANCE<br>PO BOX 660442<br>DALLAS, TX 75266 | 0.00 | 40/Unsecured<br>ACCT: 5946<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CAPITAL ONE BANK (USA) NA<br>PO BOX 71083<br>C/O AMERICAN INFOSOURCE LP<br>CHARLOTTE, NC 28272-1083 | 6,383.74 | 40/Unsecured<br>ACCT: 3543<br>COMM: #1<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | 3,290.37 | 40/Unsecured<br>ACCT: 8132<br>COMM: #6/CAPITAL ONE/KOHLS<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| NETCREDIT<br>175 W JACKSON BLVD STE 600<br>CHICAGO, IL 60604 | 2,300.32 | 40/Unsecured<br>ACCT: 5946<br>COMM: #3<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| NBT BANK NA<br>52 S BROAD ST<br>NORWICH, NY 13815 | 10,924.90 | 40/Unsecured<br>ACCT: 4303<br>COMM: #2<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| RESURGENT RECEIVABLES LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC 29603-0587 | 5,495.32 | 40/Unsecured<br>ACCT: 7893<br>COMM: #7/SAMS CLUB<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS                                  Page 3
CASE NO: **24-40877**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| LVNV FUNDING LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0587 | 2,039.79 | 40/Unsecured<br>ACCT: 9075<br>COMM: #8/SYNCHRONY BANK<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| TOWER LOAN OF MISSOURI LLC<br>PO BOX 877<br>D/B/A TOWER LOAN OF ST CHARLES<br>ST CHARLES, MO  63302 | 7,809.96 | 40/Unsecured<br>ACCT: xx47<br>COMM: #4<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| TOWER LOAN OF MISSOURI LLC<br>PO BOX 877<br>D/B/A TOWER LOAN OF ST CHARLES<br>ST CHARLES, MO  63302 | 1,928.30 | 40/Unsecured<br>ACCT: xx53<br>COMM: #5<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CIOX<br>925 NORTH POINT PKWY #350<br>ATTN PAYROLL DEPT<br>ALPHARETTA, GA  30005 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CT PARTNERS OF CHESTERFIELD<br>14825 N OUTER FORTY RD<br>STE 110<br>CHESTERFIELD, MO  63017 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| GREATER MO IMAGING<br>PO BOX 66726<br>ST LOUIS, MO  63166 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| HOME CARE CHIROPRACTIC<br>12460 OLIVE BLVD #118<br>C/O JAY B UMANSKY LAW OFFC<br>ST LOUIS, MO  63141-6409 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| MFG SPINE LLC<br>14825 N OUTER FORTY RD<br>STE 200<br>CHESTERFIELD, MO 63017 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MRI PARTNERS OF CHESTERFIELD<br>14825 N OUTER 40 RD STE 110<br>CHESTERFIELD, MO 63017-2152 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| NASEEM A SHEKHANI MD<br>2821 N BALLAS RD<br>STE C 64<br>ST LOUIS, MO 63131 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ORTHOPEDIC CENTER OF ST LOUIS<br>14825 N OUTER 40 RD<br>STE 200<br>CHESTERFIELD, MO 63017 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PAIN REHAB SPECIALISTS<br>14825 N OUTER 40 RD<br>STE 360<br>CHESTERFIELD, MO 63017-2108 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PRECISION MEDICAL EQUIPMENT<br>211 S HWY 441-27<br>PO BOX 119<br>LADY LAKE, FL 32159 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SSM HEALTHCARE<br>PO BOX 411997<br>ST LOUIS, MO 63141 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| ST LOUIS SPINE & ORTHOPEDICS<br>1130 TOWN & COUNTRY COMMONS<br>CHESTERFIELD, MO  63017 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ORTHOPEDIC CENTER OF ST LOUIS<br>14825 N OUTER 40 RD<br>STE 200<br>CHESTERFIELD, MO  63017 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

Dated: September 17, 2024
STL_NTCPAYCLM -- SJC

/s/ Diana S. Daugherty

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on September 17, 2024, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on September 17, 2024.

GLORIA LYNN BROYLES
1376 BROADLAWNS LN
SAINT LOUIS, MO  63138

/s/Diana S. Daugherty

Diana S. Daugherty