UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| In re: | ) | Case No. 24-40877-659 |
|---|---|---|
| | ) | |
| Gloria Lynn Broyles, | ) | Chapter 13 |
| | ) | Hearing Date: September 26, 2024 |
| Debtor. | ) | Order |
| | ) | **Mtn. no. 23** |

## ORDER ON MOTION FOR APPROVAL OF SETTLEMENT

On **August 19, 2024**, Gloria Lynn Broyles **("the Debtor")** filed his Motion to Approve Settlement/Compromise Controversy **("the Motion") (doc 23**) setting this Motion for hearing on **September 26, 2024**. No responses in opposition to Debtor's Motion have been filed or any responses in opposition have been resolved. It appears that the Motion shall be granted. It is accordingly,

**ORDERED** that the Motion to Approve Settlement/Compromise Controversy is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the proceeds will be turned over to the Trustee to increase the plan base in an amount sufficient to pay all filed and allowed claims in full. The Third Amended Plan filed on 09.21.24 provides for turnover of the proceeds under paragraph 3.9(a) in an amount sufficient to pay all filed and allowed claims in full. The remaining funds not necessary to pay all filed and allowed claims will be turned over to Debtor.

DATED: October 11, 2024
St. Louis, Missouri
jim

KATHY A. SURRATT-STATES
United States Bankruptcy Judge

**Order Prepared by:**

**Tobias Licker**
Licker Law Firm, LLC
1861 Sherman Dr.
St. Charles, MO 63303

Copies to:
**A&L Licker Law Firm, LLC**          Via ECF
**Attorneys for Debtor**
1861 Sherman Drive
St. Charles, MO 63303

**Diana S. Daugherty**                Via ECF
PO Box 430918
St. Louis, MO 63143
**TRUSTEE**

**Office of the US Trustee**
111 S Tenth St, Ste 6.353
St. Louis, MO 63102-1127

**Joseph Ott**
Ott Law firm, LLC
3544 Oxford Avenue,
Maplewood, MO 63143

**Gloria Lynn Broyles**
1376 Broadlawns Ln
Saint Louis, MO 63138